IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVO NORDISK, INC. and NOVO NORDISK A/S, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 21-1782-CFC **ANDA CASE** |
| TEVA PHARMACEUTICALS, INC. (f/k/a TEVA PHARMACEUTICALS DEVELOPMENT, INC.) and TEVA PHARMACEUTICALS USA, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

## <u>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME</u>

The parties hereby stipulate and agree, subject to the approval of the Court,

that the time for defendants Teva Pharmaceuticals, Inc. and Teva Pharmaceuticals

USA, Inc. to move, plead, or otherwise respond to the amended complaint (D.I. 34)

is extended from August 10, 2022 through and including August 24, 2022.

/s/ Brian P. Egan                                /s/ Nathan R. Hoeschen
Jack B. Blumenfeld (No. 1014)          Karen E. Keller (No. 4489)
Brian P. Egan (No. 6227)                 John W. Shaw (No. 3362)
MORRIS, NICHOLS, ARSHT                 Nathan R. Hoeschen (No. 6232)
 & TUNNELL LLP                              SHAW KELLER LLP
1201 North Market Street                 I.M. Pei Building
P.O. Box 1347                              1105 North Market Street, 12th Floor
Wilmington, DE 19899                    Wilmington, DE 19801
(302) 658-9200                            (302) 298-0700
jblumenfeld@morrisnichols.com       kkeller@shawkeller.com
began@morrisnichols.com              jshaw@shawkeller.com
*Attorneys for Plaintiffs*                  nhoeschen@shawkeller.com
                                               *Attorneys for Defendants*

Dated: August 9, 2022


SO ORDERED this _____ day of_____, 2022.


_____
United States District Judge